FILED

14 JAN 15 AM 11:25

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.: 2:14-CV-19-FtM-38UAM

MICHAEL SPEIDEL,

    Plaintiff,

vs.

AMERICAN HONDA FINANCE CORP. d/b/a
HONDA FINANCIAL SERVICES,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

The Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC"), improperly named herein as AMERICAN HONDA FINANCE CORP. d/b/a HONDA FINANCIAL SERVICES, hereby files this Notice of Removal of an action pending in the County Court of the Twentieth Judicial Circuit in and for Collier County, Florida, to the United States District Court for the Middle District of Florida, Fort Myers Division, and states:

    1.    On or around December 13, 2013, the Plaintiff, MICHAEL SPEIDEL, commenced an action against the Defendants in the County Court of the Twentieth Judicial Circuit in and for Collier County, Florida, styled *Michael Speidel vs. American Honda Finance Corp. d/b/a Honda Financial Services*, Case No.: 112013SC0016870001XX (the "State Court Action"). *See* Complaint, dated December 13, 2013, attached hereto as Exhibit A.

    2.    On December 16, 2013, Plaintiff served the Complaint on Defendant.

    3.    In the Complaint, Plaintiff asserts a cause of action entitled Violations Under the Telephone Consumer Protection Act of 1991 (TCPA), 47 U.S.C.S. §227. Plaintiff also asserts

causes of action for Violation of the Florida Consumer Collection Practices Act, Injunctive Relief, and Declaratory Relief.

4. In compliance with 28 U.S.C. §1446(b), this action is timely filed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. §1446(b)(1). Moreover, Plaintiff commenced the State Court Action less than one year prior to the filing of this Notice.

5. True and legible copies of all process, pleadings and orders that have been filed or served in the State Court Action are attached to this Notice as Composite Exhibit B.

6. This Court has original jurisdiction of this action by virtue of federal question jurisdiction, as defined in 28 U.S.C. §1332, because Count IV asserted in the Complaint arises under the laws of the United States. More specifically, this Court has original jurisdiction because Plaintiff asserts an action under the Telephone Consumer Protection Act of 1991 (TCPA), 47 U.S.C.S. §227. *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 181 L.Ed. 2d 881 (2012). This Court also has supplemental jurisdiction over the other causes of action asserted in the Complaint.

7. The removal of this cause is authorized by the provisions of 28 U.S.C. §1441, *et seq.*

8. AHFC is the only defendant in this action and, thus, consents to the removal of this action.

9. Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal has been served this date upon Plaintiff by serving Plaintiff's counsel of record in the

736119.1

State Court Action, and upon the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida for filing therein.

WHEREFORE, the Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC"), improperly named herein as AMERICAN HONDA FINANCE CORP. d/b/a HONDA FINANCIAL SERVICES, respectfully requests that this action now pending in the County Court of the Twentieth Judicial Circuit in and for Collier County, Florida, be removed to the United States District Court for the Middle District of Florida, Fort Myers Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on this 14th day of January 2014 to: Marcus W. Viles, Viles & Beckman, LLC, 6350 Presidential Court, Suite A, Fort Myers, FL 33919.

> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
> *Attorneys for Defendant*
> 100 Southeast Second Street – Suite 3800
> Miami, Florida 33131-2144
> Tel. (305) 374-4400/Fax (305) 579-0261
>
> By: _____
> Maurice Baumgarten, Esq.
> Florida Bar No. 525324
> maurice.baumgarten@wilsonelser.com
> Stefanie M. Mederos, Esq.
> Florida Bar No. 12041
> stefanie.mederos@wilsonelser.com

736119.1