UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SPEIDEL,

      Plaintiff,

v.                             Case No:  2:14-cv-19-FtM-38CM

AMERICAN HONDA FINANCE
CORP. d/b/a HONDA FINANCIAL
SERVICES,

      Defendant.
_____/

**ORDER**[1]

    This matter is before the Court on Plaintiff Michael Speidel's Notice of Voluntary

Dismissal (Doc. #31) filed on November 10, 2014.  Rule 41(a)(1)(A) of the Federal Rules

of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order.

Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable
> federal statute, the plaintiff may dismiss an action without a
> court order by filing: (i) A notice of dismissal before the
> opposing party serves either an answer or a motion for
> summary judgment; or (ii) A stipulation of dismissal signed by
> all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff seeks to dismiss the above-captioned case with prejudice.  He represents to the Court that the parties have amicably resolved this matter and each party will bear its own fees and costs.  (Doc. #31).  Defendant American Honda Finance Corporation d/b/a Honda Financial Services has filed neither an answer nor motion for summary judgment.  The Court, therefore, dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Michael Speidel's Notice of Voluntary Dismissal (Doc. #31) is **GRANTED**.  The above-captioned case is **DISMISSED with prejudice**.

(2) The Clerk of the Court is directed to lift the stay flag, enter judgment accordingly, terminate any pending motions, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record